# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re REAL ESTATE SHORT SALES, INC. | CV 18-10689 DSF<br>CV 18-10742 DSF<br>CV 19-120 DSF |
| REAL ESTATE SHORT SALES, INC., et al.<br>    Appellants,<br><br>v.<br><br>NANCY HOFFMEIER ZAMORA, Chapter 7 Trustee,<br>    Appellee. | Order Consolidating Appeals; Order re Appellants' Opening Brief; Order Granting Motions to Withdraw |
| AND RELATED APPEALS | |

    On the unopposed motion of Appellants, these three appeals are consolidated for all purposes. All further documents are to be filed in CV 18-10689 DSF only. The Clerk is ordered to close CV 18-10742 and CV 19-120 DSF.

    A consolidated opening brief is to be filed no later than May 13, 2019. The remaining consolidated briefs are due in accord with Federal Rule of Bankruptcy Procedure 8018.

Daniel McCarthy and Hill, Farrer & Burrill LLP's motions to withdraw as counsel for Real Estate Short Sales, Inc. are GRANTED. Real Estate Short Sales, Inc. is a corporation and unable to represent itself. Therefore, new counsel must make an appearance for Real Estate Short Sales, Inc. no later than April 12, 2019 or its appeals will be dismissed.

IT IS SO ORDERED.

Date: March 12, 2019

Dale S. Fischer
United States District Judge